**TIFFANY & BOSCO, P.A.**
Richard G. Himelrick (#004738)
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Fax: (602) 255-0103
rgh@tblaw.com

[Proposed] Liaison Counsel for Plaintiffs

**THE ROSEN LAW FIRM P.A**.
Phillip Kim
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Miguel Avila, Individually and on Behalf of All Others Similarly Situated, | Case No.   2:15-cv-01398-SRB |
|---|---|
| Plaintiff, | CLASS ACTION |
| v. | **MOTION OF LARISA GASSEL TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** |
| LifeLock, Inc.; Todd Davis; and Chris Power, | |
| Defendants. | |

Pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiff Larisa Gassel hereby moves the Court for an order:

1.    appointing Larisa Gassel as Lead Plaintiff; and

2.    approving Larisa Gassel's selection of The Rosen Law Firm, P.A. as Lead Counsel and Tiffany & Bosco, P.A. as Liaison Counsel for the Class.

This motion is supported by the accompanying Memorandum of Points and Authorities, Declaration of Richard G. Himelrick with exhibits, the pleadings and other files in this matter, and such other written or oral argument as may be permitted by the Court.

Dated:    September 21, 2015.

**TIFFANY & BOSCO, P.A.**


By:    */s/ Richard G. Himelrick*
      Richard G. Himelrick
      Seventh Floor Camelback Esplanade II
      2525 East Camelback Road
      Phoenix, AZ 85016

[Proposed] Liaison Counsel for Plaintiffs

**THE ROSEN LAW FIRM P.A**.
Phillip Kim
275 Madison Avenue, 34th Floor
New York, NY 10016

[Proposed] Lead Counsel for Plaintiffs

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*s/ Shelley Boettge*
Shelley Boettge