**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Miguel Avila, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LifeLock, Inc., Todd Davis, Chris Power, and Hilary Schneider,<br><br>    Defendants. | CASE NO.: 2:15-cv-01398-SRB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW BARRY M. OKUN AS COUNSEL FOR LEAD PLAINTIFFS** |

Having considered the motion of Lead Plaintiffs Oklahoma Police Pension and Retirement System and Oklahoma Firefighters Pension and Retirement System for leave to withdraw Barry M. Okun as counsel for Lead Plaintiffs, and good cause appearing therefore:

IT IS HEREBY ORDERED that Barry M. Okun is withdrawn as counsel for Lead Plaintiffs in this action. (Doc. 105)

Dated this 6th day of March, 2017.

_____
Susan R. Bolton
United States District Judge