# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Miguel Avila, on Behalf of Himself and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>LifeLock Inc., Todd Davis, Chris G. Power, and Hilary A. Schneider,<br><br>  Defendants. | CASE NO. 2:15-cv-01398-SRB<br><br><u>CLASS ACTION</u><br><br><br>**ORDER APPROVING PLAN OF ALLOCATION** |

WHEREAS:

A. This matter having come before the Court for a hearing on July 21, 2020, on the motion of Oklahoma Police Pension and Retirement System and Oklahoma Firefighters Pension and Retirement System (collectively, "Lead Plaintiffs") for final approval of the proposed class action Settlement and approval of the Plan of Allocation for the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed; and

B. All capitalized terms used in this order that are not otherwise defined herein have the meanings defined in the Stipulation and Agreement of Settlement, dated as of March 27, 2020.

NOW, THEREFORE, IT IS HEREBY ORDERED, this day of July 21, 2020 that:

1. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was

[

directed to Persons who are Settlement Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Settlement Class Members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

2. The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of claimants that is set forth in the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "Notice") disseminated to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Settlement Class Members.

3. The Court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair, reasonable, and adequate and the Court hereby approves the Plan of Allocation.

Dated this 21st day of July, 2020.

_____
Susan R. Bolton
United States District Judge